320

652 A.2d 796

**In the INTEREST OF J.T.**

**Appeal of J.T.**

Supreme Court of Pennsylvania.

Argued Dec. 5, 1994.

Decided Dec. 30, 1994.

John W. Packel, David Zuckerman, Philadelphia, for J.T.

Catherine Marshall, Ronald Eisenberg, Robin Godfrey, Philadelphia, for appellees.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY, CASTILLE and MONTEMURO, JJ.

*ORDER*

PER CURIAM:

Appeal dismissed as having been improvidently granted.

CAPPY, J., dissents.

MONTEMURO, J., is sitting by designation.